# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO J. HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROYLN J. COLVIN, Acting<br>Commissioner of Social Security,<br><br>Defendant.<br>_____/ | **CASE NO. 1:14-cv-01161-SKO**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

Plaintiff Octavio J. Henderson ("Plaintiff") filed a complaint on July 21, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons; and

3.      The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   __July 29, 2014__                          _____/s/ Sheila K. Oberto__
                                                                  UNITED STATES MAGISTRATE JUDGE