**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| OCTAVIO HENDERSON, | Case No.: 1:14-cv-01161-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief.  This extension is requested due to Defendant's counsel's exceptionally heavy workload at this time, including work-related travel and preparation for an employment law hearing before the Merit System Protection Board.  The additional time requested is needed to adequately research the issues Plaintiff has presented.  The current due date is June 3, 2015.  The new due date will be July 3, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order to Extend 1:14-CV-01161-JLO-SKO   1

|     |                           |                                                    |
| --- | ------------------------- | -------------------------------------------------- |
|     |                           | Respectfully submitted,                            |
| Dated: June 1, 2015 | | /s/ *Roger D. Drake |

Dated: June 1, 2015

/s/ *Roger D. Drake
(*as authorized by email on June 1, 2015)
ROGER D. DRAKE
Attorney for Plaintiff

Dated: June 1, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration

By:   /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief by no later than July 3, 2015; and

2. Plaintiff may file an optional reply brief by no later than July 23, 2015.

IT IS SO ORDERED.

Dated:   **June 3, 2015**                         **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend 1:14-CV-01161-JLO-SKO   2