1  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
2  23679 Calabasas Road, Suite 403
   Calabasas, California 91302
3  Telephone: 818.624.4695
   Facsimile: 818.475.1880
4  Attorney for Plaintiff

5  BENJAMIN B. WAGNER
   United States Attorney
6  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
7  Social Security Administration
   JENNIFER A. KENNEY
8  Special Assistant United States Attorney
   California State Bar No. 241625
9       Social Security Administration
        160 Spear Street, Suite 800
10      San Francisco, CA 94105-1545
        Telephone: (415) 977-8945
11      Facsimile: (415) 744-0134
        E-mail: jennifer.a.kenney @ssa.gov
12 Attorneys for Defendant

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO J. HENDERSON, | Case No. 1:14-cv-01161--SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EAJA FEES** |
| v. | (Doc. 23) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 568, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to ROGER DRAKE, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees connection with this action.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney's fees and does not constitute an admission of liability on the part of Defendant.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Date:  April 6, 2016              By:  */s/ Roger D. Drake*
                                  ROGER D. DRAKE
                                  Attorney for Plaintiff

Date:  April 6, 2016              BENJAMIN WAGNER
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  By:  */s/Jennifer A. Kenney*
                                  JENNIFER A. KENNEY
                                  Special Assistant United States Attorney
                                  Attorney for Defendant
                                  [*Per email authorization on 4/6/2016*]

**ORDER**

Pursuant to the terms of the parties' stipulation, it is HEREBY ORDERED that Plaintiff is awarded $4,800 in EAJA fees and costs.

IT IS SO ORDERED.

Dated:   **April 6, 2016**                              **/s/ Sheila K. Oberto**
                                                                                  UNITED STATES MAGISTRATE JUDGE